JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER K. BRESLIN,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>　　Defendant. | CASE NO. 8:15-cv-00019-DOC-AN<br><br>**ORDER GRANTING DISMISSAL [16]** |

Pursuant to the parties' stipulation for dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entire above-captioned action is DISMISSED WITH PREJUDICE, with each side bearing its own fees and costs.

Dated: April 30, 2015

*/s/ David O. Carter*
_____
The Honorable David O. Carter
UNITED STATES DISTRICT JUDGE